IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>**STEVEN DOMINGO**<br><br>                Defendant. | CR NO: 2:21-mj-00096 KJN |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: Steven Domingo
Detained at: Santa Rita Jail
Detainee is:
    a.) ☐ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint
          charging detainee with: 18 U.S.C. § 922(g)
  or
    b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
    a.) ☒ return to the custody of detaining facility upon termination of proceedings
  or
    b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence
         is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: *Michael W. Redding*
Printed Name & Phone No: AUSA Michael W. Redding. 916-708-4173
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: June 15, 2021

                                                                 DEBORAH BARNES
                                                 UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Steven Fernandez Domingo | ☒ Male ☐ Female | |
| Booking or CDC #: | | DOB: | 09/15/1984 |
| Facility Address: | 5325 Broder Blvd., Dublin, CA 94568 | Race: | Caucasian |
| Facility Phone: | (925) 551-6500 | FBI#: | 404948HB0 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____
                             (signature)